John S. Battenfeld, Bar No. 119513
Kathy H. Gao, Bar No. 259019
Daniel R. Rodriguez, Bar No. 323955
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
john.battenfeld@morganlewis.com
kathy.gao@morganlewis.com
daniel.rodriguez@morganlewis.com

Attorneys for Defendants
G2 SECURE STAFF, L.L.C. and
G2 SECURE STAFF CA, L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON VILLANUEVA, as an individual, on behalf of herself, and all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAS SERVICES SAN DIEGO, INC, a California Corporation., G2 SECURE STAFF, L.L.C., a Texas Corporation. and G2 SECURE STAFF CA, L.P., a Texas Corporation, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.  **'23CV1243 LAB DEB**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANTS G2 SECURE STAFF, L.L.C. AND G2 SECURE STAFF CA, L.P.**<br><br>[CivLR 40.2] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/ 46116065.1

NOTICE OF PARTY WITH FINANCIAL
INTEREST BY DEFENDANTS G2 SECURE
STAFF, L.L.C. AND G2 SECURE STAFF
CA, L.P.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF ALLISON VILLANUEVA AND HER ATTORNEYS OF RECORD:**

Defendants G2 Secure Staff, L.L.C. and G2 Secure Staff CA, L.P. (collectively, "Defendants") by and through their undersigned counsel, and pursuant to Local Civil Rule 40.2, file this Notice of Party with Financial Interest. The undersigned counsel of record for Defendants certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant G2 Secure Staff, L.L.C. is a Texas limited liability company that is a wholly owned subsidiary of GGSS Holdco, LLC. GGSS Investors, LLC owns a majority of GGSS Holdco, LLC. GGSS Investors, LLC's parent company is GGSS Tenex Investors, LLC, a majority of which is owned by Tenex Capital Partners II, LP.

Defendant G2 Secure Staff CA, L.P. is a Texas limited partnership whose sole general partner is G2 Staffing, Inc. and whose sole limited partner is G2 Secure Staff, L.L.C.

Defendants reserve the right to supplement this Certification at any time.

Dated: July 5, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
John S. Battenfeld
Kathy H. Gao
Daniel R. Rodriguez
Attorneys for Defendants
G2 SECURE STAFF, L.L.C. and
G2 SECURE STAFF CA L.P.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

1   NOTICE OF PARTY WITH FINANCIAL INTEREST BY DEFENDANTS G2 SECURE STAFF, L.L.C. AND G2 SECURE STAFF CA, L.P.